■ C. VALMONT FORD, Appellant-Respondent, v RICE-MOHAWK, U.S. CONSTRUCTION COMPANY, LTD., Respondent-Appellant. RICE-MOHAWK, INC., Third-Party Plaintiff-Respondent, v YONKERS CONTRACTING Co., INC., Third-Party Defendant-Respondent. [610 NYS2d 779] —Order of the Supreme Court, Bronx County (Barry Salman, J.), entered October 19, 1993, unanimously affirmed for the reasons stated by Salman, J., without costs and without disbursements. No opinion. Concur—Ellerin, J. P., Kupferman, Ross, Nardelli and Williams, JJ.